AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

EDWARD LANGEVIN

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1119-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 8/26/2003 to 9/17/04 in Essex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) possess in and affecting commerce firearms after having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year

in violation of Title 18 United States Code, Section(s) 922(g)(1)

I further state that I am a(n) Special Agent, ATF and that this complaint is based on the following
                                   Official Title
facts:

See attached affidavit of ATF Special Agent Matthew O'Shaughnessy

Continued on the attached sheet and made a part hereof:   Yes   No

Signature of Complainant

Sworn to before me and subscribed in my presence,

9/22/04                              at   Boston, MA
Date                                      City and State

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.