UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | 04 CR 10302 WGY |
| v. | CRIMINAL NO. |
| | VIOLATION: |
| | 18 U.S.C. § 922(g)(1) |
| EDWARD LANGEVIN | Felon in Possession of Firearms |

INDICTMENT

COUNT ONE:    (18 U.S.C. § 922(g)(1) - Felon in Possession Firearms)

The Grand Jury charges that:

From on or about August 26, 2003, to on or about September 17, 2004, at North Andover and elsewhere, in the District of Massachusetts,

EDWARD LANGEVIN

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce firearms, to wit: a .45 caliber Heckler and Koch firearm bearing serial number 2500903, a Heckler and Koch 12 gauge shotgun bearing serial number M22798, a Heckler and Koch .308 caliber model 91 rifle bearing serial number A029074, a Browning .22 caliber Buck Mark pistol bearing serial number 655NV25034, and a Para Ordinance .45 caliber pistol bearing serial number QM3441.

All in violation of Title 18, United States Code, Section 922(g)(1).

## SUPPLEMENTAL FINDINGS

The Grand Jury further finds that:

1. The offense described in Count One of this Indictment involved three or more firearms.

2. In addition, the offense described above involved one or more firearms that were stolen.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
DONALD L. CABELL
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                         Sept. 29, 2004


Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk    9/29/04 @ 2:00pm

%JS 45 (5/97) - (Revised USAO MA 3/25/02)   04 CR 10302 WGY

## Criminal Case Cover Sheet               U.S. District Court - District of Massachusetts

**Place of Offense:**                 Category No. __II__          Investigating Agency __ATF__

City  __North Andover__              **Related Case Information:**

County __Essex__                     Superseding Ind./ Inf. _____    Case No. _____
                                     Same Defendant _____   New Defendant _____
                                     Magistrate Judge Case Number __04M-1119-JGD__
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Edward Langevin__         Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date: __1961__   SS#: __1164__   Sex: __M__   Race: __White__   Nationality: __American__

Defense Counsel if known: __Timothy Watkins__   Address: __Federal Defender, 408 Atlantic Ave.__
                                                         __3rd floor, Boston, MA 02110__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Donald L. Cabell__              Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No      List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date: __September 24, 2004__

☒ Already in Federal Custody as __of September 24, 2004__ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty   ☐ Misdemeanor   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 29, 2004        Signature of AUSA: _[signature]_

✑JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Edward Langevin

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §922(g)(1) | Felon in Possession of Firearms | 1 |
| Set 2  _____ | _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

ADDITIONAL INFORMATION:   ATF

langevin.js45.wpd - 3/13/02