UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No:04-10302-WGY

**UNITED STATES**
**Plaintiff**

v.

**EDWARD LANGEVIN**
**Defendant**

NOTICE  OF  SCHEDULING CONFERENCE

YOUNG, C.J.

TAKE NOTICE that the above-entitled case has been set for SCHEDULING CONFERENCE at 2:00 PM , on MON. DEC. 13 , 2004, in Courtroom No. 18, 5TH floor.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

**October 7, 2004**

**To: All Counsel**