

# MEMORANDUM

**To:** Honorable William G. Young
Chief U.S. District Court Judge

**From:** Judith Oxford, Drug/Alcohol Treatment Specialist

**Re:** LANGEVIN, Edward
CR # 04-10302-WGY

**Date:** October 21, 2004

Mr. Langevin appeared before Magistrate Judge Judith G. Dein on September 24, 2004, following a Complaint charging him with Felon in Possession of a Firearm. Mr. Langevin was detained upon a motion by the Government and a detention hearing was scheduled. Mr. Langevin appeared before the Court on October 13, 2004 and was ordered released to inpatient drug treatment. He was further ordered to remove all outstanding warrants prior to his admit for treatment and was given until October 18, 2004 to accomplish that.

On October 18, 2004, Mr. Langevin reported to Pretrial Services with his aunt, Joyce Cegle. He submitted documentation proving that his warrants had been removed. He received information regarding his treatment program at Spectrum Health Systems in Westboro, MA. Ms. Cegles volunteered to transport Mr. Langevin to Spectrum Health Systems. Mr. Langevin indicated that he did not want to participate in a therapeutic community (Spectrum Health Systems) but would comply, rather than remain in jail.

Mr. Langevin reported to Spectrum Health Systems, later that day. On October 20, 2004, this officer spoke with the Director of Treatment at Spectrum, Tom Jordan, advised that Mr. Langevin appeared to be making a positive adjustment.

*10/21/04 Warrant to issue Judith Gail Dein USMJ*

Honorable William G. Young              October 21, 2004              Page 2
Chief U.S. District Court Judge
RE: LANGEVIN, Edward
CR# 04-10302-WGY

On October 21, 2004, Pretrial Services received a call from the Spectrum Health Systems at 1:10 pm, indicating that Mr. Langevin was seen getting into a maroon Ford Taurus with New Hampshire license plates. The car left the property and Mr. Langevin's whereabouts are unknown.

Pretrial Services respectfully requests that a warrant be issued.

JAO

cc:    Donald Cabell, AUSA
       Timothy Watkins, FPD

Reviewed by: _____
             Vangie Cuascut, Supervising
             Pretrial Services Officer