AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

v.

EDWARD LANGEVIN

## WARRANT FOR ARREST

CASE NUMBER:  04-10302-WGY

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ EDWRAD LANGEVIN

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
VIOLATION OF TERMS OF PRETRIAL CONDITIONS OF RELEASE

in violation of
Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Elizabeth Smith | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | 10-21-4        Boston |
| | Date and Location |

Bail fixed at
$ _____

Name of Judicial Officer

| RETURN |
|---|
| at |

| DATE RECEIVED 11/9/04 | NAME AND TITLE OF ARRESTING OFFICER Francis C. Dawson Jr | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/9/04 | Deputy U.S. Marshal | |

This form was electronically produced by Elite Federal Forms, Inc.