```
                                                                    1

 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                                   Criminal No.
 3                                                 04-10302-WGY

 4
        * * * * * * * * * * * * * * * *
 5                                     *
        UNITED STATES OF AMERICA       *
 6                                     *
        v.                             *   CHANGE OF PLEA
 7                                     *
        EDWARD LANGEVIN                *
 8                                     *
        * * * * * * * * * * * * * * * *
 9

10

11
                    BEFORE:  The Honorable William G. Young,
12                                  District Judge

13

14

15

16
        APPEARANCES:
17
                DONALD L. CABELL, Assistant United States
18          Attorney, 1 Courthouse Way, Suite 9200, Boston,
            Massachusetts 02210, on behalf of the Government
19
                FEDERAL DEFENDERS OFFICE (By Timothy G.
20          Watkins, Esq.), 408 Atlantic Avenue, Third Floor,
            Boston, Massachusetts 02210, on behalf of the
21          Defendant

22

23

24                                              1 Courthouse Way
                                                Boston, Massachusetts
25
                                                December 23, 2004
```