1          **THE COURT:**  Thank you.
2          Mr. Edward Langevin, in consideration of the crime
3     of which you stand convicted, the factors the Court must and
4     has taken into account under 18 United States Code, Section
5     3553, the information from the United States Attorney, your
6     attorney, the probation officer and yourself, this Court
7     sentences you to 54 months, four and-a-half years, in the
8     custody of the United States Attorney General, places you on
9     supervised release for a period of three years thereafter.
10    The Court imposes no fine due to your inability to pay a
11    fine, and the Court imposes a $100 special assessment as
12    required by law.
13         During the period of your supervised release you're
14    prohibited from possessing a firearm or other dangerous
15    weapon.  You're to participate in a program for substance
16    abuse as directed by the United States Probation Office
17    which program may exceed, include testing not to exceed 104
18    drug tests per year.  You are required to contribute to the
19    costs of the services of such program.  You're not to
20    consume any alcoholic beverages.
21         Let me explain that sentence.
22         (Whereupon the Court and the Clerk conferred.)
23         **THE COURT:**  The Court also imposes the requirement
24    that you submit to DNA testing as provided, as required by
25    the United States Probation Office.

```
 1              Let me explain this sentence.  This is a sale of
 2   firearms.  It's a number of firearms.  It's the sale of
 3   firearms after a substantial record.  I recognize that
 4   you're a drug addict.  I take that into account.  The reason
 5   that this sentence is less than I am advised to impose by
 6   the Sentencing Commission is for that reason.  These crimes,
 7   though I have no hesitancy considering the charge of
 8   burglary as a crime of violence, in terms of actual effect
 9   are not violent crimes, and I consider that your lengthy
10   criminal record overstates your criminality because this
11   criminality is driven to a significant degree by the fact
12   that you're a drug addict.
13              Now, having said that and having taken that into
14   account, the least I can do is give you a four and-a-half
15   year sentence.  Stealing these firearms and then selling
16   them even to support your drug habit is in these United
17   States, in these days, an extraordinarily dangerous crime.
18              This is a fair and a just sentence.  It is the
19   sentence of the Court.
20              You will have credit toward this sentence from the
21   period of September 24th through October 13th, 2004, and
22   then from November 9th, 2004 until the present.
23              You are notified you have the right to appeal from
24   any findings or rulings this Court has made against you.
25   Should you appeal and should your appeal be successful in
```

1  whole or in part sentencing or resentencing will be
2  accomplished before some other judge.
3          That's the sentence of the Court.  He's remanded to
4  the custody of the marshals.
5          **MR. WATKINS:**  Thank you, your Honor.
6          **MR. CABELL:**  Thank you, your Honor.
7          (Whereupon the matter concluded.)